# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:04cr05252-001-OWW |
| Billy Ray Mauldin ) | USM No: 62082-097 |
| Date of Previous Judgment: 10/17/2005 ) | David Porter |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __63__ months **is reduced to** __51__ months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __10/17/2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 13, 2008                                              /s/ OLIVER W. WANGER
                                                                              Judge's signature

Effective Date: _____                              OLIVER W. WANGER, US DISTRICT JUDGE
       (if different from order date)                                  Printed name and title