# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**BILLY RAY MAULDIN**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:04CR05252-001**

Francine Zepeda
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges _One, Two, Three, and Four_ as alleged in the violation petition filed on _November 12, 2009_.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _October 3, 2005_.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charges _Five, Six, Seven, Eight, and Nine_ are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

07/22/2013
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

07/25/2013
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet 1  Case 1:04-cr-05252-AWI   Document 52   Filed 07/25/13   Page 2 of 3

CASE NUMBER: 1:04CR05252-001  Judgment - Page 2 of 3
DEFENDANT: BILLY RAY MAULDIN

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | New Law Violation | 07/23/2009 |
| Charge Two | New Law Violation | 08/24/2009 |
| Charge Three | New Law Violation | 09/10/2009 |
| Charge Four | New Law Violation | 11/02/2009 |

CASE NUMBER:      1:04CR05252-001                                                                    Judgment - Page 3 of 3
DEFENDANT:        BILLY RAY MAULDIN

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 16 months with no supervised release to follow .

[ ]      No TSR: Defendant shall cooperate in the collection of DNA.

[✔]      The court makes the following recommendations to the Bureau of Prisons:
           The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

 

 

 

    Defendant delivered on _____  to _____
at _____ , with a certified copy of this judgment.

                                                       UNITED STATES MARSHAL

                                        By _____
                                                          Deputy U.S. Marshal